UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
**PHYLLIS SCHWARTZ**          :
                              :   Civil Action No. 07-3225(KSH)
       **Plaintiff**          :
                              :
**v.**                        :
                              :   REPORT AND RECOMMENDATION
**HILTON HOTELS CORP., et al.** :
                              :
       **Defendants**         :
_____:

    This matter comes before the Court on the defendants Hilton Hellas EPE and Ionian Hotel Enterprises, S.A. motion to dismiss the instant action for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2);

    and the Honorable Katharine S. Hayden having referred the motion to the undersigned for report and recommendation;

    and the Court having considered the submissions;

    and the Court having received no opposition to their motion;

    and for the reasons set forth in the Opinion delivered on the record on July 25, 2008;[1]

    and for good cause shown;

    IT IS ON THIS 25th day of July, 2008

    **RECOMMENDED** that the United States District Judge grant the defendants Hilton Hellas EPE and Ionian Hotel Enterprises, S.A. motion to dismiss [Docket Entry No. 14]. The parties have ten (10) days from receipt of this recommendation to file and serve objections.

---

    [1]The parties may contact Chambers for information about obtaining a copy of the Opinion.

                                                <u>s/Patty Shwartz</u>
                                                UNITED STATES MAGISTRATE JUDGE

Case 2:07-cv-03225-KSH-PS   Document 19   Filed 07/29/08   Page 2 of 2 PageID: 135