UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

PHYLLIS SCHWARTZ,

               Plaintiff,

v.

HILTON HOTELS CORPORATION, et. al.,

               Defendants

Civil Action No. 07-3225 (KSH)

**ORDER**

**KATHARINE S. HAYDEN, U.S.D.J.**

       This matter comes before the Court upon the Report and Recommendation of Magistrate Judge Shwartz, filed on July 29, 2008 (D.E 19), recommending the Court grant defendants Hilton Hellas EPE and Ionian Hotel Enterprises, S.A.'s motion to dismiss (D.E. 14) pursuant to Rule 12(b)(2) because defendants, Greek corporations, do not have sufficient contacts with New Jersey to establish personal jurisdiction. The Court received no objections to her report and has reviewed her recommendations <u>de novo</u>. Good cause appearing,

       It is on this 18th day of August, 2008,

       **ORDERED** that the Report and Recommendation of Magistrate Judge Shwartz is adopted and incorporated as the Opinion of this Court (D.E. 19); and it is further

       **ORDERED** that defendants Hilton Hellas EPE and Ionian Hotel Enterprises, S.A.'s motion to dismiss (D.E. 14) is **granted**. The claims against defendants Hilton Hellas EPE and Ionian Hotel Enterprises are **dismissed**.

                                                  /s/Katharine S. Hayden
                                                  Katharine S. Hayden
                                                  United States District Judge