UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

PHYLLIS SCHWARTZ,

      *Plaintiff*,

v.

HILTON HOTELS CORPORATION;
HILTON HHONORS WORLDWIDE, L.L.C.,

      *Defendants*.

Civil Action No. 07-3225 (KSH)

**ORDER**

**Katharine S. Hayden, U.S.D.J.**

    For the reasons expressed in the Opinion filed herewith, and good cause appearing,

    **It is** on this 30th day of June, 2009, hereby

    **ORDERED** that defendants' motion for summary judgment [D.E. # 24] is **GRANTED**; and it is further

    **ORDERED** that the appeal [D.E. # 31] from the order of Magistrate Judge Patty Shwartz [D.E. # 30] is **TERMINATED** as moot; and it is further

    **ORDERED** that the Clerk of the Court is directed to close the case.

                        /s/  Katharine S. Hayden

                        Hon. Katharine S. Hayden
                        United States District Judge